# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BOBBY DEWAYNE MCANALLY,** | ] |
| | ] |
| **Petitioner,** | ] |
| | ] |
| v. | ] Case No. 5:24-cv-1475-ACA-GMB |
| | ] |
| **ROLANDA CALLOWAY,** | ] |
| | ] |
| **Respondent.** | ] |

## MEMORANDUM OPINION

*Pro se* Petitioner Bobby Dewayne McAnally filed a habeas petition pursuant to 28 U.S.C. § 2254. (Doc. 1). In March 2025, the magistrate judge entered a report recommending that the court deny Mr. McAnally's petition because it is untimely (doc. 14 at 6–10), and deny Mr. McAnally a certificate of appealability for failing to "ma[k]e a substantial showing of the denial of a constitutional right" (*id.* at 11). Although the magistrate judge advised Mr. McAnally of his right to file specific written objections within fourteen days and the consequences of failing to object (*id.* at 11–12), the court has received no objections.

Mr. McAnally's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** his

recommendations. (Doc. 14). Accordingly, the court **WILL DENY** Mr. McAnally's § 2254 petition and **WILL DENY** him a certificate of appealability.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE